IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01448-RM-MEH

IRIS FOSTER,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE, by and through its Secretary, Thomas J. Vilsack,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2014.**

The Stipulated Motion for Protective Order [filed October 20, 2014; docket #23] is **granted**. The proposed protective order is accepted and filed contemporaneously with this minute order.