IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01448-RM-MEH | Date: | July 16, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                      *Counsel:*

IRIS FOSTER                                              William Finger

   Plaintiffs,

v.

DEPARTMENT OF AGRICULTURE               Zeyen Wu

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:06 a.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:
[41]  MOTION to Compel Defendant to Schedule Designated Entity Representatives for a Rule 30(b)(6) Deposition and for Such Representatives to Appear at the Rule 30(b)(6) Deposition by Plaintiff Iris Foster is GRANTED IN PART AND DENIED IN PART as stated on the record.

[43] MOTION for Extension of Time of June 15, 2015 Discovery Deadline by Plaintiff Iris Foster is DENIED.

[45] MOTION to Compel by Plaintiff Iris Foster is GRANTED IN PART AND DENIED IN PART as stated on the record.

Status Conference is set for **August 14, 2015 at 10:00 a.m**. before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse.  Parties are to appear in person.

**11:52 a.m.**      **Court in recess.**      Hearing concluded.
Total in-court time    01:48

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.