IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01448-RM-MEH

IRIS FOSTER,

      Plaintiff,

v.

DEPARTMENT OF AGRICULTURE, by and through its Secretary, Thomas J. Vilsack,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2015.**

      Defendant has filed a Motion to Clarify the Court's August 20, 2015 order Regarding Discovery [filed August 28, 2015; docket #75]. Although the motion is opposed, the Court need not await further briefing. D.C.COLO.LCivR 7.1(d) (motion may be ruled on at any time after it is filed). The motion is **granted**. Defendant is correct that the scope of the production of emails from its system is limited to the discovery requests propounded by Plaintiff, as well as Defendant's disclosure obligations under Fed. R. Civ. P. 26(a)(1)(A)(ii). There is no basis other than a sanction (not applicable here) to allow discovery beyond that requested by the Plaintiff. The parties are directed to notify the Court upon the production of emails to Plaintiff. The dispositive motion deadline is continued until **five days** after such production and notice.