IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01448-RM-MEH | Date: | February 9, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                              *Counsel:*

IRIS FOSTER                                                                     William Finger

   Plaintiffs,

v.

DEPARTMENT OF AGRICULTURE                               Zeyen Wu

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**9:57a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:     [83] MOTION for Discovery to Reopen Deposition Discovery with Certain Costs Being Paid by Defendant by Plaintiff Iris Foster is GRANTED IN PART AND DENIED IN PART as stated on the record.

**10:07 a.m.**     **Court in recess.**     Hearing concluded.
Total in-court time     00:10